IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JEFFREY H. BURRIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:12-0621 |
| | ) |
| BRIDGESTONE AMERICAS TIRE | ) Judge Haynes |
| OPERATIONS, LLC; BRIDGESTONE | ) |
| AMERICAS, INC.; BRIDGESTONE | ) |
| FIRESTONE NORTH AMERICAN | ) |
| TIRE, LLC, | ) |
| | ) |
| Defendants. | ) |

*Handwritten order:* Granted. The conference is reset for September 28, 2012 at 2:00 pm. /s/ [Judge] 9-13-12

**JOINT MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**

The parties jointly move the Court to continue the initial case management conference in this case, currently set for Friday, September 14, 2012 at 2:00 p.m. (Docket Entry No. 4). Counsel for the parties have conferred and can be available on September 28, 2012 or October 5, 2012 if either of those dates is available on the Court's docket.

The parties have recently exchanged certain information related to the ERISA claim Plaintiff asserts in this case in order to clarify the issues, and the Court has granted Defendants an extension, until October 8, 2012 to file their response to the Complaint. (Docket Entry No. 8). The parties submit that continuing the initial case management conference briefly will allow the parties sufficient time to review the information exchanged and discuss as appropriate prior to submitting a case management order for the Court's consideration.

9118346.1
Case 3:12-cv-00621   Document 9   Filed 09/12/12   Page 1 of 2 PageID #: 278
Case 3:12-cv-00621   Document 10   Filed 09/13/12   Page 1 of 1 PageID #: 280